LENA M. IRWIN, Appellant, *v.* CHARLES J. TAGLIABUE MANUFACTURING COMPANY, Respondent.

Argued February 25, 1946; decided March 7, 1946.

*William J. H. Molinari* and *Helen Borgia* for appellant.

*Edward K. Hanlon, Milton Weiss* and *Quentin J. De Fazio* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.